IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO: 5:14-cv-00327 |
| | ) | |
| HUMANA HEALTH PLAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER CONTINUING STAY

Before the Court is the *Joint Report and Motion For Continued Stay* filed by the parties in this matter. After due consideration, and taking into account the global nature of the contemplated settlement negotiations, which the parties have reported are still underway, the Court finds that the parties' report is well-taken, and that the parties' motion should be granted.

Accordingly, it is hereby ORDERED that all deadlines in this matter, including the deadlines for filing responses to any pending motions and all discovery and pretrial deadlines, are stayed while the parties continue to engage in global settlement negotiations. Unless the Court is advised at an earlier date of a related settlement or non-settlement, the parties shall report the status of their

- 1 -

negotiations through a joint filing on or before the sixtieth (60th) day following the entry of this Order.

IT IS SO ORDERED this __21st__ day of _____August_____, 2014.

_____
JUDGE